UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re:   Robert J. and Jennifer M. Cox,

                                                    Chapter 7 proceeding
                                                    Judge Opperman

        Debtors
_____

**ADDENDUM TO CHAPTER 7 SCHEDULES I AND J**
**2013 INCOME AND EXPENSES FOR SWEET SPROUT**

| MONTH | GROSS INCOME | EXPENSES | NET INCOME |
|---|---|---|---|
| January | $     67.00 | $  109.05 | $   (  42.05) |
| February | $       -0- | $  219.58 | $  ( 219.58) |
| March | $ 1,111.50 | $  199.38 | $     912.12 |
| April | $   469.95 | $  221.06 | $     248.89 |
| May | $   412.25 | $  152.42 | $     259.83 |
| June | $   170.70 | $ 1,124.11 | $    (953.41) |
| July | $   278.25 | $   566.19 | $    (287.94) |
| Total | $ 2,509.65 | $ 2,591.79 | $   (  82.14) |